**464**

Constance C. RICE,
Petitioner/Respondent,

v.

Walter RICE, Respondent/Appellant.

No. 65921.

Missouri Court of Appeals,
Eastern District,
Division One.

June 27, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 14, 1995.

Application to Transfer Denied
Sept. 19, 1995.

Petar GRGIC, Claimant/Appellant/Cross–
Respondent,

v.

P & G CONSTRUCTION, Employ-
er/Respondent/Cross–Appellant.

Nos. 67163, 67195.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 30, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 14, 1995.

Application to Transfer Denied
Sept. 19, 1995.

Charles M. Shaw, James J. Knappenber-
ger, Charles M. Shaw Law Firm, Clayton,
for appellant.

Daniel P. Card, II, Paule, Camazine &
Blumenthal, P.C., St. Louis, for respondent.

Before REINHARD, P.J., and GARY M.
GAERTNER and CRAHAN, J.

*ORDER*

PER CURIAM.

Husband appeals from that portion of the
circuit court's amendment to his Decree of
Dissolution awarding wife twenty-five per-
cent of husband's military pension and fifty
percent of husband's civil service pension.
We affirm. The judgment of the trial court
is supported by substantial evidence and is
not against the weight of the evidence. Rule
84.16(b).